UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:01-cr-00332-LRH-PAL |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| DEXTER TYRONE DUKES, ) | |
| ) | |
| Defendant. ) | |

Presently before the court is the matter of *United States of America v. Dexter Tyrone Dukes* ("Dukes"), 2:09-cr-00332-LRH-PAL.

On June 21, 2010, this court held a hearing for revocation of supervised release as to defendant Dukes. The U.S. probation department requested that supervision conditions be modified to include halfway house placement.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Dukes reside in a residential re-entry center for a period of 6 months.

It is FURTHER ORDERED that all previous conditions and terms of release will stay in place.

DATED this 16th day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE